

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 8, 2020

Mary Melissa Whittle
Guerrero & Whittle PLLC
2630 Exposition Blvd Ste 102
Austin, TX 78703-1758
* DELIVERED VIA E-MAIL *

Jack Simms Jr.
Wittliff | Cutter PLLC
1803 West Ave
Austin, TX 78701-1038
* DELIVERED VIA E-MAIL *

Lisa Hobbs
Kuhn Hobbs PLLC
3307 Northland Dr., Ste. 310
Austin, TX 78731-4969
* DELIVERED VIA E-MAIL *

Catherine M. Stone
Langley & Banack, Inc.
Trinity Plaza II, Suite 900
745 E. Mulberry Avenue
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Jennifer Freel
Vinson & Elkins LLP
2801 Via Fortuna Ste 100
Austin, TX 78746-7568
* DELIVERED VIA E-MAIL *

Mark C. Guthrie
Winstead Sechrest & Minick P.C.
910 Travis Street, Suite 2400
Houston, TX 77002
* DELIVERED VIA E-MAIL *

Robert M. Schick
Vinson & Elkins, L.l.p.
1001 Fannin Street, Suite 3300
Houston, TX 77002-6760
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-20-00500-CV
        Trial Court Case Number:    18-08-0777-CVA
        Style:  In re San Miguel Electric Cooperative, Inc., South Texas Electric
        Cooperative, Inc., and Kiewit Mining Group, Inc.

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

        Very truly yours,

MICHAEL A. CRUZ, Clerk of Court

Veronica L. Gonzalez
Deputy Clerk, Ext. 5-3220

cc: Ketan Upen Kharod (DELIVERED VIA E-MAIL)
Stephanie Noble (DELIVERED VIA E-MAIL)
Juliana Sciaraffa (DELIVERED VIA E-MAIL)
Joseph G. Thompson III (DELIVERED VIA E-MAIL)
Cody Schneider (DELIVERED VIA E-MAIL)
Clinton Butler (DELIVERED VIA E-MAIL)
Honorable Russell Wilson (DELIVERED VIA E-MAIL)
Ryan Andrew Botkin (DELIVERED VIA E-MAIL)
Margaret Littleton (DELIVERED VIA E-MAIL)
James Holcomb IV (DELIVERED VIA E-MAIL)
Roger D. Kirstein (DELIVERED VIA E-MAIL)
Catherine Bukowski Smith (DELIVERED VIA E-MAIL)
Lewis Cooper Sutherland (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2020

No. 04-20-00500-CV

**IN RE SAN MIGUEL ELECTRIC COOPERATIVE, INC**., South Texas Electric
Cooperative, Inc., and Kiewit Mining Group, Inc.,

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0777-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

On October 23, 2020, we ordered the real parties in interest to file a response to relators'
petition by November 9, 2020. The real parties in interest filed an unopposed motion requesting
an extension of time to file the response until December 9, 2020, which we granted. On
December 7, 2020, the real parties in interest filed a motion requesting an additional extension of
time to file the response until December 18, 2020. After consideration, we **GRANT** the motion
and **ORDER** the real parties in interest to file their response by December 18, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 8th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

December 8, 2020

No. 04-20-00500-CV

**IN RE SAN MIGUEL ELECTRIC COOPERATIVE, INC**., South Texas Electric
Cooperative, Inc., and Kiewit Mining Group, Inc.,

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0777-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

On October 23, 2020, we ordered the real parties in interest to file a response to relators' petition by November 9, 2020. The real parties in interest filed an unopposed motion requesting an extension of time to file the response until December 9, 2020, which we granted. On December 7, 2020, the real parties in interest filed a motion requesting an additional extension of time to file the response until December 18, 2020. After consideration, we **GRANT** the motion and **ORDER** the real parties in interest to file their response by December 18, 2020.

/s/ Beth Watkins
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2020.

/s/ Michael A. Cruz
MICHAEL A. CRUZ, Clerk of Court

Entered this 8th day of December, 2020.                                    Vol ____ Page ___